IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action |
| Plaintiff | ) | No. 03-cr-00538-2 |
| | ) | |
| vs. | ) | Civil Action |
| | ) | No. 07-cv-2862 |
| HOLLY WILLIAMS, | ) | |
| | ) | |
| Defendant | ) | |

O R D E R

NOW, this 30th day of June, 2009, upon consideration of the Government's Motion for Leave to File Responses Two Days Out of Time, which motion was filed September 17, 2008; upon consideration of the pro se Motion to Vacate, Set Aside, or Correct Sentence filed July 12, 2007 pursuant to 28 U.S.C. § 2255 by defendant Holly Williams; upon consideration of defendant's letter request dated February 10, 2008 requesting appointment of counsel for purposes of her § 2255 motion, together with defendant's Brief in Support of Request for Appointment of Counsel, which brief was filed August 21, 2008; it appearing that on September 17, 2008, the Government's Response to Motions for Appointment of Counsel and for Relief under 28 U.S.C. § 2255 was filed; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Government's Motion for Leave to File Responses Two Days Out of Time is granted.

IT IS FURTHER ORDERED that the Government's Response to Motions for Appointment of Counsel and for Relief under 28 U.S.C. § 2255 is deemed timely filed.

IT IS FURTHER ORDERED that defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence is denied.

IT IS FURTHER ORDERED that defendant's request for appointment of counsel is denied.

IT IS FURTHER ORDERED that a certificate of appealability is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge